473 A.2d 656

Commonwealth v. Goldberg, Appellant.

Petition for Allowance of Appeal
Denied July 10, 1984.

Argued September 6, 1983. David Kanner, for appellant; Stephen G. Heckman, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.